Eric B. Swartz, ISB #6396
Jennifer A. Swartz, ISB #6397
JONES & SWARTZ PLLC
Landmark Legal Group™
623 West Hays Street
Boise, ID  83702
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:  eric@jonesandswartzlaw.com
         jenn@jonesandswartzlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J.R. SIMPLOT COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN, <br><br> Defendants. | Case No. 1:18-cv-86 <br><br> Elmore County Case No. CV20-2018-00132 <br><br> NOTICE OF REMOVAL OF ACTION |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and (b), and 1446, Defendants DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN ("Sutfin" or "Defendants") hereby removes this action (pending as Case No. CV-2018-00132) from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Elmore, to the United States District Court for the District of Idaho.  The basis for removal is diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  As grounds for removal of this action, Sutfin states as follows:

1.      On January 29, 2018, Plaintiffs Simplot Livestock Co., and J.R. Simplot Company (collectively "Plaintiffs") filed their SUMMONS and COMPLAINT in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Elmore, captioned as *Simplot Livestock Co., and J.R. Simplot Company vs. Dan Sutfin, Arthur Sutfin and Joan Sutfin*, Case No. CV-2018-00132.   Defendants were served with process on February 2, 2018, and have not answered or otherwise responded to the COMPLAINT.   A true and correct copy of the state court record and the state court docket sheet is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a) and D. Id. L. Civ. R. 81.1.

2.      Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over Plaintiffs' claims because the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and Defendants are diverse in citizenship from Plaintiffs.   The facts supporting this statement are set forth in paragraphs 6 through 9 below.

3.      This Court is the United States District Court for the district and division embracing the place where the state court action is pending (*i.e.* Elmore County, Idaho), and is, therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

4.      This NOTICE OF REMOVAL OF ACTION is timely filed within thirty days of service of the SUMMONS and COMPLAINT on Sutfin, as required by 28 U.S.C. § 1446(b).

5.      In accordance with 28 U.S.C. § 1446(d), Sutfin will promptly provide written notice of this Notice to Plaintiffs and will file a copy of this Notice with the Elmore County Clerk of Court.

## DIVERSITY JURISDICTION

6.      Plaintiff Simplot Livestock Co., is a Nevada corporation with its principal place of business in Grandview, Elmore County, Idaho.   (Ex. A, Compl. ¶ 1.)

7.      Plaintiff J.R. Simplot Company, is a Nevada corporation transacting business in the state of Idaho.  (Ex. A, Compl. ¶ 2.)

8.      Defendant Dan Sutfin is a citizen of California and resides in Corning, California (Ex. A, Compl. ¶ 4.).

9.      Defendants Arthur and Joan Sutfin are citizens of California and reside in Corning, California (Ex. A, Compl. ¶ 5.).

10.     Because all of the Defendants are citizens of, and reside within, the state of California, not the state of Nevada or Idaho, there is complete diversity between the parties.

### ACKNOWLEDGMENT

11.     This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, based upon the foregoing, this action, pending in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Elmore, is properly removed to this United States District Court by Defendant pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and (b), and 1446.

DATED this 20th day of February, 2018.

JONES & SWARTZ PLLC

By _____
ERIC B. SWARTZ
JENNIFER A. SWARTZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of February, 2018, a true and correct copy of the foregoing document was served on the following individual(s) by the method indicated:

Jed W. Manwaring  
Christy A. Kaes  
EVANS KEANE LLP  
1161 W. River St., Ste 100  
P.O. Box 959  
Boise, Idaho 83701-0959  

[ ] U.S. Mail  
[ ] Fax: (208) 345-3514  
[ ] Overnight Delivery  
[ ] Messenger Delivery  
[X] Email: jedmanwaring@evanskeane.com  
       ckaes@evanskeane.com  

ERIC B. SWARTZ  
JENNIFER A. SWARTZ

# EXHIBIT A

## TO DEFENDANTS' NOTICE OF REMOVAL OF ACTION

# EXHIBIT A

## TO DEFENDANTS' NOTICE OF REMOVAL OF ACTION

# CASE SUMMARY
## CASE NO. CV20-18-00132

| | | |
|---|---|---|
| Simplot Livestock Co., J. R. Simplot Company<br>  Plaintiff,<br>vs.<br>Dan Sutfin, Arthur Sutfin, Joan Sutfin<br>  Defendant. | §<br>§<br>§<br>§ | Location: **Elmore County District Court**<br>Judicial Officer: **Baskin, Nancy**<br>Filed on: **01/29/2018** |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | **AA- All Initial District Court Filings (Not E, F, and H1)** |
| Case Status: | **01/29/2018 Active - Pending** |

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |

**Current Case Assignment**

| | |
|---|---|
| Case Number | CV20-18-00132 |
| Court | Elmore County District Court |
| Date Assigned | 01/29/2018 |
| Judicial Officer | Baskin, Nancy |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **J. R. Simplot Company** | **Manwaring, Jed Waldon**<br>*Retained*<br>208-384-1800(W) |
| | **Simplot Livestock Co.** | **Manwaring, Jed Waldon**<br>*Retained*<br>208-384-1800(W) |
| **Defendant** | **Sutfin, Arthur** | |
| | **Sutfin, Dan** | |
| | **Sutfin, Joan** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/29/2018 | Initiating Document - District | |
| 01/29/2018 | Civil Case Information Sheet | |
| 01/29/2018 | Complaint For Personal Injury or Other Claims (Over $10,000)<br>*Complaint* | |
| 01/29/2018 | Summons Issued | |
| 01/29/2018 | **Summons**<br>Sutfin, Dan<br>Served: 02/02/2018<br>Sutfin, Arthur<br>Unserved<br>Sutfin, Joan<br>Unserved | |
| 02/05/2018 | Affidavit of Service | |

# CASE SUMMARY
## CASE NO. CV20-18-00132

|  |  |  |
|---|---|---|
|  | *Affidavit of Service - Arthur Sutfin [sub-served 02.02.18]* |  |
| 02/05/2018 | 📄 Affidavit of Service<br>*Affidavit of Service - Dan Sutfin [served 02.02.18]* |  |
| 02/05/2018 | 📄 Affidavit of Service<br>*Affidavit of Service - Joan Sutfin [served 02.02.18]* |  |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff** Simplot Livestock Co.

| | |
|---|---:|
| Total Charges | 221.00 |
| Total Payments and Credits | 221.00 |
| **Balance Due as of  2/8/2018** | **0.00** |

Electronically Filed
1/29/2018 11:02 AM
Fourth Judicial District, Elmore County
Barbara Steele, Clerk of the Court
By: Hope Ruiz, Deputy Clerk

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
            ckaes@evanskeane.com

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J. R. SIMPLOT COMPANY, | Case No. CV20-18-00132 |
| Plaintiffs, | COMPLAINT |
| vs. | Fee Category: A.A.<br>Fee Amount: $221.00 |
| DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN, | |
| Defendants. | |

Plaintiffs, Simplot Livestock Co. and J. R. Simplot Company, by and through their attorneys of record, Evans Keane LLP, as for Complaint against Defendants, hereby plead and allege as follows:

### PARTIES AND JURISDICTION

1.      Plaintiff, Simplot Livestock Co. ("Feedlot") is a Nevada corporation with its principal place of business in Grandview, Elmore County, Idaho.

*COMPLAINT - 1*

2.      Plaintiff J. R. Simplot Company ("Simplot") is a Nevada corporation doing business in the state of Idaho.

3.      Sutfin Land & Livestock is a California corporation with its principal place of business in Corning, California, transacting business with Plaintiffs in Elmore County, state of Idaho.

4.      Defendant Dan Sutfin was a principal, interest holder, and alter ego of Sutfin Land & Livestock, and currently resides in Corning, California.

5.      Defendants Arthur and Joan Sutfin are residents of Red Bluff, California, and are principals and interest holders of Sutfin Land & Livestock, are the parents of Dan Sutfin, and together with Dan Sutfin are the alter ego of Sutfin Land & Livestock.

6.      Jurisdiction is proper in the state of Idaho pursuant to Idaho Code § 5-514(a).

**FACTS**

7.      Pursuant to a Cattle Feeding, Finance, and Security Agreement ("Agreement") dated June 9, 2014, the parties entered into a commercial contract governed by the laws of Idaho whereby Plaintiff Feedlot provided all necessary feeding accommodations and facilities, equipment and labor required for the care and feeding of Sutfin Land & Livestock's cattle at Feedlot located in Elmore County, Idaho, upon the terms and conditions set forth in the Agreement.

8.      Sutfin Land & Livestock agreed, pursuant to the Agreement terms, to pay Feedlot for all services rendered, expenses incurred, and all feed and supplies furnished by Feedlot. Sutfin Land & Livestock further acknowledged that Feedlot claimed a statutory lien or liens upon the cattle pursuant to applicable Idaho law and acknowledged receipt of notice thereof.

9.    Under the terms of the Agreement, Plaintiffs agreed to advance care and feeding costs to finance certain obligations incurred by Sutfin Land & Livestock under the Agreement. Plaintiffs were granted a security interest in the cattle under the Agreement.

10.    The Agreement was signed by Dan Sutfin on behalf of Sutfin Land & Livestock on July 9, 2014 warranting that 'it is authorized to enter into this Agreement and the person signing this Agreement is authorized to do so on Owner's behalf."

11.    Pursuant to the Agreement, when the cattle were sold, proceeds from the sale would be paid and/or applied in the following order: (i) to payment of any expenses incurred by Feedlot for shipping, sale, or slaughter; (ii) to reimburse Feedlot for any amounts then owing from Sutfin Land & Livestock to Feedlot pursuant to the Agreement; (iii) to Simplot, in an amount equal to all outstanding advances, interest, and any other amounts owing to Simplot pursuant to the Agreement; and (iv) to Sutfin Land & Livestock, to the extent any proceeds then remain.

12.    Sutfin Land & Livestock specifically acknowledged and agreed by signing the Agreement that the cattle industry is inherently risky, that Sutfin Land & Livestock was aware of the risks and assumed and agreed to bear all such risks.

13.    Beginning in approximately June 2014, Sutfin Land & Livestock shipped cattle from California to Feedlot pursuant to the terms of the Agreement. All cattle have now been sold and the proceeds from the sales have been applied per the Agreement leaving a substantial deficit owed by Sutfin Land & Livestock.

14.    Plaintiffs Feedlot and Simplot have fully performed all terms under the Agreement on their part.

15.    Beginning on February 9, 2016, Plaintiffs began pursuing a claim for breach of contract and collection of amounts due from Sutfin Land & Livestock in litigation styled *Simplot*

*Livestock Co. et al. v. Sutfin Land & Livestock,* Case No: 1:16-cv-00139-EJL-REB, United States

District Court, for the District of Idaho.

16.     On July 19, 2017, Plaintiffs obtained new evidence sufficient to pierce the corporate

veil of Sutfin Land & Livestock through the Deposition of Sutfin Land & Livestock and its

principal, Dan Sutfin. At the deposition, Plaintiffs discovered that the Sutfin Land & Livestock

entity was undercapitalized from the beginning and had ceased business, paying all creditors,

except for Plaintiffs.

17.     On August 29, 2017 Plaintiffs moved the Federal Court to amend the Complaint

to allow for piercing the corporate veil of Sutfin Land & Livestock. On January 25, 2018, the

Federal Court issued its ruling that, "Plaintiffs' newly-discovered evidence certainly supports a

veil-piercing claim," but that the motion was outside the time limit set by its Scheduling Order and

was therefore denied. Nothing in the Federal Court's decision bars this independent direct action

against the shareholders of Sutfin Land & Livestock.

18.     Dan Sutfin first testified at his deposition on July 19, 2017 that:

> 12 Q. Do you know who the shareholders are?
> 13 A. Yes.
> 14 Q. Who are they?
> 15 A. I am. My dad. And my mom.
> 16 Q. Do you know what percentage you own?
> 17 A. I'm 50 percent. My dad is 25. And my mom is
> 18 25.
> 19 Q. When did acquire the 50-percent ownership in
> 20 Sutfin Land & Livestock?
> 21 A. Around 2014.
> 22 Q. Who did you acquire those from? Did you buy
> 23 some from your parents? Or how did it occur? Were you
> 24 gifted those?
> 25 A. I was gifted that, yeah.

(Depo. of Dan Sutfin, 7/19/17, pp. 12.)

> 9 Q. Does Sutfin Land & Livestock have any interest

*COMPLAINT - 4*

10 in the real estate?
11 A. No.
12 Q. Do you have a home on the thousand acres?
13 A. Yes. But my parents own that.
14 Q. So your parents individually own the home and
15 the thousand acres?
16 A. Um-hmm.
17 Q. Yes?
18 A. Yes.
19 Q. Then the facilities. The feedlot, is that on
20 the thousand acres?
21 A. Yes.
22 Q. And who owns the feedlot?
23 A. They do

(Depo. of Dan Sutfin, 7/19/17, pp. 15.)

25 Q. So at that point [of beginning business] Sutfin [Land & Livestock]
owned no real estate;
1 right?
2 A. No.
3 Q. Owned no equipment?
4 A. No.
5 Q. Had no money in the bank?
6 A. Not that I'm aware of.

(Depo. of Dan Sutfin, 7/19/17, pp. 37-38.)

19 Q. So what happened to any of the assets of
20 Sutfin Land & Livestock in early 2016?
21 A. Well, the only assets there were, were in the
22 cattle in Grand View, Idaho.
23 Q. Sutfin Land & Livestock didn't own any
24 equipment?
25 A. No.
Page 23
1 Q. Did Sutfin Land & Livestock have any cattle in
2 the pipeline, so to speak, that were left?
3 A. No. All of the cattle had been shipped to
4 Grand View.
5 Q. Were there any other creditors left unpaid?
6 A. Nope.

(Depo. of Dan Sutfin, 7/19/17, pp. 22-23.)

17 Q. Now, a minute ago you said currently there is

18 nothing going on in Sutfin Land & Livestock?

19 A. Yeah. Not that I know of.

20 Q. You are not buying and selling any cattle?

21 A. Just under my own name I do. Personal name.

22 Q. Under your own name?

23 A. Yes.

24 Q. So when did Sutfin Land & Livestock cease

25 doing any cattle business?

1 A. About February of 2016.

2 Q. Why did it cease doing the cattle business?

3 A. It had no money.

4 Q. And what happened to the money?

5 A. It was all in the cattle that were in Grand

6 View, Idaho.

7 Q. At that time was the cattle in Grand View with

8 Simplot the only custom feeding arrangement that Sutfin

9 Land & Livestock had?

10 A. Yes.

11 Q. So it ceased business as a result of the loss

12 that occurred?

13 A. Correct.

14 Q. Did you start up a new business? Or start a

15 new operation on your own?

16 A. Yeah. I just started feeding other people's

17 cattle for a while. And then I bought some of my own.

18 Q. Where did you get the capital to start that

19 operation?

20 A. Just money that I had saved.

21 Q. From the Sutfin operation?

22 A. No. Just from wages that I was paid.

23 Q. Now, I understood a while back that you

24 weren't paid any wages. Maybe I misunderstood that.

25 A. Well, it was basically from the profits. What

1 we made on the cattle.

2 Q. From what Sutfin Land & Livestock made?

3 A. Correct.

4 Q. What bank accounts or what bank did Sutfin

5 Land & Livestock use?

6 A. It just had one bank. Rabobank.

7 Q. Can you spell that?

8 A. R-a-b-o-b-a-n-k.

9 Q. How many accounts were there for Sutfin Land &

10 Livestock?

11 A. One.

(Depo. of Dan Sutfin, 7/19/17, pp. 19-21.)

19.    On September 13, 2017, Plaintiffs discovered more evidence, from newly produced bank account records, that Defendant Dan Sutfin had looted the corporate bank account of Sutfin Land & Livestock of its remaining funds and started the same business in his own name, thereby intentionally leaving Sutfin Land & Livestock judgment proof.

20.    Sutfin Land & Livestock wound down, ceased operating, and paid all creditors except for Plaintiffs.

21.    On December 10, 2015, shareholder Dan Sutfin looted the corporation in at least the amount of $100,000 as evidenced by the following check:



12/11/2015    1725    $100,000.00

22.    Sutfin Land & Livestock has failed and refused to make payment pursuant to the terms of the Agreement.

23.    As of February 2, 2016, Sutfin Land & Livestock is in default in failing to pay the amounts owing presently of $1,041,119.21 under the Agreement.

24.    All the above factual allegations are incorporated by reference into each Count below.

## COUNT ONE
## PIERCE THE CORPORATE VEIL

25.     On July 19, 2017, Dan Sutfin testified that: Sutfin Land & Livestock was initially undercapitalized; Sutfin Land & Livestock's Defendant shareholders paid nothing in exchange for shares; Sutfin Land & Livestock never owned any property; Sutfin Land & Livestock had been shut down after incurring the substantial debt to Plaintiffs; and the same business was thereafter continued in the individual name of Dan Sutfin. Defendant Dan Sutfin was a purportedly gifted a 50% shareholder interest, while his parents, Arthur and Joan Sutfin retained a 50% shareholder interest.

26.     Defendants Dan Sutfin, Arthur Sutfin and Joan Sutfin are the alter egos of Sutfin Land & Livestock, such that any corporate shield should be pierced. The entity failed to follow corporate formalities with proper books and records, the funds, assets and accounts of the corporation and the individuals were co-mingled; the corporation was undercapitalized and/or Defendants otherwise looted the corporation. There was such unity of interest of ownership between the individuals and the corporation that the separate personalities of the entity and individual no longer exist.

27.     An inequitable result would follow and promote injustice if the corporate liability shield were not pierced to hold the Defendants personally liable for the corporation's debt.

## ATTORNEY FEES

28.     The Plaintiffs have necessarily retained the law firm of Evans Keane LLP to prosecute this Complaint and are entitled to reasonable attorney fees incurred in the prosecution of this action pursuant to the Agreement, Idaho Code §§ 12-120 and 12-121.

## PRAYER

WHEREFORE, the Plaintiffs pray for judgment against Defendants as follows:

1.    That a judgment be entered in favor of Plaintiffs, that Defendants Dan Sutfin, Arthur Sutfin, and Joan Sutfin are individually liable for any obligations owed by Sutfin Land & Livestock to Plaintiffs Simplot Livestock Co. and J. R. Simplot Company;

2.    For attorney fees incurred in prosecuting this action, pursuant to the Agreement, Idaho Code §§ 12-120 and 12-121;

3.    For costs and disbursements necessarily incurred in prosecuting this action pursuant to Rule 54, Idaho Rules of Civil Procedure;

4.    For such other and further relief as the Court may deem just and proper.

DATED this 29th day of January, 2018.

EVANS KEANE LLP


By ____ /s/ Jed W. Manwaring _____
    Jed W. Manwaring, Of the Firm
    Attorneys for Plaintiffs

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
        ckaes@evanskeane.com

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J. R. SIMPLOT COMPANY, | Case No. CV20-18-00132 |
| Plaintiffs, | SUMMONS |
| vs. | |
| DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN, | |
| Defendants. | |

TO:   DEFENDANTS DAN SUTFIN, ARTHUR SUTFIN and JOAN SUTFIN

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS:** THE
COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS
YOU RESPOND WITHIN 21 DAYS. **READ THE INFORMATION BELOW.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response
must be filed with the above designated court within 21 days after service of this Summons on you.
If you fail to so respond the court may enter judgment against you as demanded by the plaintiffs in
the Complaint.

*SUMMONS - 1*

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.     The title and number of this case.

2.     If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.     Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.     Proof of mailing or delivery of a copy of your response to plaintiffs' attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court. The address and telephone number for the Elmore County Clerk of Court is: 150 S. 4th E., Suite 5, Mountain Home, ID 83647, (208) 587-2133.

DATED: _____1/29/2018_____

                    CLERK OF THE DISTRICT COURT
                          Barbara Steele

By _____
       Deputy Clerk

Electronically Filed
2/5/2018 2:29 PM
Fourth Judicial District, Elmore County
Barbara Steele, Clerk of the Court
By: Hope Ruiz, Deputy Clerk

## AFFIDAVIT OF SERVICE

**State of Idaho**                    **County of Elmore**                    **Fourth Judicial District Court**

Case Number: CV20-18-00132

Plaintiff:
**SIMPLOT LIVESTOCK CO., et al**

vs.

Defendant:
**DAN SUTFIN, et al**

For:
Jed W. Manwaring/ Christy A. Kaes
EVANS KEANE LLP
1161 West River Street, Ste. 100
PO Box 959
Boise, ID 82701-0959

Received by JAMES G. LEWIS on the 29th day of January, 2018 at 2:17 pm to be served on **ARTHUR SUTFIN, 22447 Adobe Road, Red Bluff, Tehama County, CA 96080**.

I, JAMES G. LEWIS, being duly sworn, depose and say that on the **2nd day of February, 2018** at **6:13 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint** to: **JOAN SUTFIN** as **Competant Cohabitant** at the address of: **22447 Adobe Road, Red Bluff, Tehama County, CA 96080**, **ARTHUR SUTFIN's** usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (40.2178,-122.2001) accuracy 10 m.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Brown, Glasses: N

I was on the dates, herein mentioned, over the age of eighteen years of age and not a party to the above-mentioned action. I am a registered process server, in Tehama County, and authorized to serve legal process in the State of California. I declare under penalty of perjury under the laws of the State of California that the contents herein contained are true and correct.

_____
JAMES G. LEWIS
2-2013 [Exp. 4-30-2019]

Subscribed and Sworn to before me on the _____
day of _____, _____ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**SEE NOTARY**
**CERTIFICATE ATTACHED**

J Greg Lewis Investigative Services, CA24358
PO Box 486
Red Bluff, CA 96080
(530) 727-9266

Our Job Serial Number: JGL-2018000082
Ref: 18-0058PS 3296-2
Service Fee: $50.00

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

# California Jurat Certificate

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**                                }
**County of Tehama**                                } s.s.

Subscribed and sworn to (or affirmed) before me on this _____5th_____ day of ____Feb____ , 20 _18_ ,
by _____Jams  G.  Lewis_____ ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


Signature _____

Signature of Notary Public

CHERYL MCGINNIS
Notary Public – California
Tehama County
Commission # 2184212
My Comm. Expires Mar 21, 2021

(Seal)


-------------------------------------- *OPTIONAL INFORMATION* --------------------------------------
*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*


Description of Attached Document
The certificate is attached to a Document titled ___Affidavit  of  Service___

_____, containing _____pages, including Certificate, and dated _____.

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
           ckaes@evanskeane.com

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J. R. SIMPLOT COMPANY, | Case No. CV20-18-00132 |
| **Plaintiffs,** | |
| vs. | SUMMONS |
| DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN, | |
| **Defendants.** | |

TO:    DEFENDANTS DAN SUTFIN, ARTHUR SUTFIN and JOAN SUTFIN

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS:** THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. **READ THE INFORMATION BELOW.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 21 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiffs in the Complaint.

*SUMMONS - 1*

Baskin, Nancy

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.    The title and number of this case.

2.    If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.    Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.    Proof of mailing or delivery of a copy of your response to plaintiffs' attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.  The address and telephone number for the Elmore County Clerk of Court is: 150 S. 4th E., Suite 5, Mountain Home, ID 83647, (208) 587-2133.

DATED: _1/29/2018_____

CLERK OF THE DISTRICT COURT
Barbara Steele

By_HRuis_____
    Deputy Clerk

*SUMMONS - 2*

Electronically Filed
2/5/2018 2:29 PM
Fourth Judicial District, Elmore County
Barbara Steele, Clerk of the Court
By: Hope Ruiz, Deputy Clerk

## AFFIDAVIT OF SERVICE

**State of Idaho**                    **County of Elmore**                    **Fourth Judicial District Court**

Case Number: CV20-18-00132

Plaintiff:
**SIMPLOT LIVESTOCK CO., et al**

vs.

Defendant:
**DAN SUTFIN, et al**

For:
Jed W. Manwaring/ Christy A. Kaes
EVANS KEANE LLP
1161 West River Street, Ste. 100
PO Box 959
Boise, ID 82701-0959

Received by JAMES G. LEWIS on the 29th day of January, 2018 at 2:17 pm to be served on **DAN SUTFIN, 3765 Butte Mountain Road, Corning, Tehama County, CA 96021**.

I, JAMES G. LEWIS, being duly sworn, depose and say that on the **2nd day of February, 2018** at **6:58 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: **DAN SUTFIN** at the address of: **3765 Butte Mountain Road, Corning, Tehama County, CA 96021**, and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (39.9063,-122.3566) accuracy 10 m.

**Description** of Person Served: Age: 49, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 290, Hair: Brown, Glasses: N

I was on the dates, herein mentioned, over the age of eighteen years of age and not a party to the above-mentioned action. I am a registered process server, in Tehama County, and authorized to serve legal process in the State of California. I declare under penalty of perjury under the laws of the State of California that the contents herein contained are true and correct.

Subscribed and Sworn to before me on the _____
day of _____, _____ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**JAMES G. LEWIS**
2-2013 [Exp. 4-30-2019]

**J Greg Lewis Investigative Services, CA24358**
**PO Box 486**
**Red Bluff, CA 96080**
**(530) 727-9266**

Our Job Serial Number: JGL-2018000084
Ref: 18-0058PS 3296-2
Service Fee: $50.00

**SEE NOTARY**
**CERTIFICATE ATTACHED**

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**                                     }
**County of Tehama**                                        } s.s.

Subscribed and sworn to (or affirmed) before me on this __5th__ day of __Feb__ , 20 __18__ ,
by _____ James G. Lewis _____ ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                    Signature of Notary Public

CHERYL MCGINNIS
Notary Public – California
Tehama County
Commission # 2184212
My Comm. Expires Mar 21, 2021

(Seal)

-------------------------------------- OPTIONAL INFORMATION --------------------------------------
*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

Description of Attached Document
The certificate is attached to a Document titled __Affidavit Of Service__ _____
_____ , containing _____ pages, including Certificate, and dated _____ .

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
       ckaes@evanskeane.com

*Attorneys for Plaintiffs*

### IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

### THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J. R. SIMPLOT COMPANY, | Case No. CV20-18-00132 |
| **Plaintiffs,** | |
| vs. | SUMMONS |
| DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN, | |
| **Defendants.** | |

TO:    DEFENDANTS DAN SUTFIN, ARTHUR SUTFIN and JOAN SUTFIN

     **NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS:** THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. **READ THE INFORMATION BELOW.**

     You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 21 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiffs in the Complaint.

Baskin, Nancy

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.      The title and number of this case.

2.      If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.      Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.      Proof of mailing or delivery of a copy of your response to plaintiffs' attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.  The address and telephone number for the Elmore County Clerk of Court is: 150 S. 4th E., Suite 5, Mountain Home, ID 83647, (208) 587-2133.

DATED:___1/29/2018_____


CLERK OF THE DISTRICT COURT
Barbara Steele

By_____
Deputy Clerk

## AFFIDAVIT OF SERVICE

**State of Idaho**                    **County of Elmore**            **Fourth Judicial District Court**

Case Number: CV20-18-00132

Plaintiff:
**SIMPLOT LIVESTOCK CO., et al**

vs.

Defendant:
**DAN SUTFIN, et al**

For:
Jed W. Manwaring/ Christy A. Kaes
EVANS KEANE LLP
1161 West River Street, Ste. 100
PO Box 959
Boise, ID 82701-0959

Received by JAMES G. LEWIS on the 29th day of January, 2018 at 2:17 pm to be served on **JOAN SUTFIN, 22447 Adobe Road, Red Bluff, Tehama County, CA 96080.**

I, JAMES G. LEWIS, being duly sworn, depose and say that on the **2nd day of February, 2018** at **6:13 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: **JOAN SUTFIN** at the address of: **22447 Adobe Road, Red Bluff, Tehama County, CA 96080**, and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (40.2178,-122.2001) accuracy 10 m.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Light Brown, Glasses: N

I was on the dates, herein mentioned, over the age of eighteen years of age and not a party to the above-mentioned action. I am a registered process server, in Tehama County, and authorized to serve legal process in the State of California. I declare under penalty of perjury under the laws of the State of California that the contents herein contained are true and correct.

Subscribed and Sworn to before me on the _____
day of _____, _____ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**SEE NOTARY
CERTIFICATE ATTACHED**

**JAMES G. LEWIS**
2-2013 [Exp. 4-30-2019]

**J Greg Lewis Investigative Services, CA24358**
PO Box 486
Red Bluff, CA 96080
(530) 727-9266

Our Job Serial Number: JGL-2018000083
Ref: 18-0058PS 3296-2
Service Fee: $50.00

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**                    }
**County of Tehama**                    } s.s.

Subscribed and sworn to (or affirmed) before me on this _5th_ day of _Feb_ , 20 _18_ ,
by _____ _James G. Lewis_ ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

CHERYL MCGINNIS
Notary Public – California
Tehama County
Commission # 2184212
My Comm. Expires Mar 21, 2021

(Seal)

---------------------------------------- OPTIONAL INFORMATION ----------------------------------------
*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

Description of Attached Document
The certificate is attached to a Document titled ___Affidavit of Service___
_____ , containing _____ pages, including Certificate, and dated _____ .

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
         ckaes@evanskeane.com

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J. R. SIMPLOT COMPANY, | Case No. CV20-18-00132 |
| Plaintiffs, | SUMMONS |
| vs. | |
| DAN SUTFIN, ARTHUR SUTFIN, and JOAN SUTFIN, | |
| Defendants. | |

TO:    DEFENDANTS DAN SUTFIN, ARTHUR SUTFIN and JOAN SUTFIN

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS:** THE
COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS
YOU RESPOND WITHIN 21 DAYS. **READ THE INFORMATION BELOW.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response
must be filed with the above designated court within 21 days after service of this Summons on you.
If you fail to so respond the court may enter judgment against you as demanded by the plaintiffs in
the Complaint.

*SUMMONS - 1*

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiffs' attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.  The address and telephone number for the Elmore County Clerk of Court is: 150 S. 4th E., Suite 5, Mountain Home, ID 83647, (208) 587-2133.

DATED:___1/29/2018_____

CLERK OF THE DISTRICT COURT
Barbara Steele

By_____
Deputy Clerk